UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHNATHAN D. WILLIAMS )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>A. JENKINS, et al., )<br>)<br>*Defendant.* )<br>--------------------------------- | Civil Action No.:<br>16-cv-9374 (PGS)<br><br>ORDER |
| JOHNATHAN D. WILLIAMS )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>MERCER COUNTY CORRECTIONS )<br>CENTER, et al., )<br>)<br>*Defendants.* )<br>--------------------------------- | Civil Action No.:<br>18-cv-4382 (PGS)<br><br>ORDER |
| JOHNATHAN D. WILLIAMS )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>ANN KLEIN FORENSIC CENTER, et al., )<br>)<br>*Defendants.* )<br>--------------------------------- | Civil Action No.:<br>18-cv-9606 (PGS)<br><br>ORDER |

RECEIVED
SEP 0 6 2018
AT 8:30_____M
WILLIAM T. WALSH
CLERK

This Court having *sua sponte* appointed counsel for Plaintiff Johnathan Williams pursuant to 28 U.S.C. § 1915(e)(1) and the factors enumerated in *Tabron v. Grace*, 6 F.3d 147 (3d Cir. 1993); and in the interests of justice

IT IS on this __6__ day of __September__, 2018;

ORDERED that Anthony La Rocco, Esq. is hereby appointed to represent Plaintiff in his prosecution of the claims asserted in these matters; and it is further

ORDERED that the appointment of counsel shall terminate upon final resolution of these cases, not including any appeals, transfer of these cases to another district, or unless Plaintiff seeks to terminate the appointment earlier, or at the request of counsel for good cause shown, or upon Order of this Court; and it is further

ORDERED that Anthony La Rocco, Esq. shall enter an appearance within **14 days**; and it is further

ORDERED that any applications for reimbursement of expenses are to be made in accordance with Appendix H of the Local Civil Rules; and it is further

ORDERED that the Clerk shall send a copy of this Order to Plaintiff by regular mail; and it is finally

ORDERED that the Clerk of the Court shall send a copy of this Order to Anthony La Rocco, Esq at the following address:

> Anthony La Rocco, Esq.
> K & L Gates, LLP
> One Newark Center, Tenth Floor
> Newark, NJ 07102.

_____
PETER G. SHERIDAN
United States District Judge