# United States District Court
# District of New Jersey

RECEIVED
SEP 10 2018
AT 8:30_____ M
WILLIAM T. WALSH CLERK

Jonathan D. Williams, *Pro se*
Mercer County Correctional Center
1750 River Road
Lambertville, N.J. 08650

Jonathan Williams
    *Plaintiff*

vs.

Case No. 18-9606

Motion For A Judicial Probe

Ann Klein Forensic Center, et al.
    *Defendant(s)*

**PLEASE TAKE NOTICE** that the undersigned respectfully moves before the Court for

a needed fact-finding investigation related to two consecutive false entries into the Clerk's Office computer terminal, erroneously stating that movant does not wish to have a Jury Trial.

Civil Action 18-9606 clearly indicated

Page No. 1 of 2

# United States District Court
# District of New Jersey

On page seven of seven, in section number 8, plaintiff request for a Jury Trial.

Plaintiff reviewed a current Civil Docket printout that reflected "Jury Demand: None".

Due to numerous false and misleading entries into the Clerk's Office Computer Terminal, and consequential confusing of the Legal Community, and media, plaintiff seek corrective actions.

WHEREFORE, petitioner requests this Court to grant the instant motion.

Respectfully Submitted,

Dated: September 4, 2018

/s/ Will
Jonathan Williams



Heather Williams
2995L
Co River Rd.
Robertsville, NJ 08650

Ms. Karen McKenzie
U.S. District Court Clerk
402 East State St
Trenton, NJ 08608

MAILED FROM ZIP CODE 19106
AUG 21 2018
$000.89
PITNEY BOWES