

PHILIP D. MURPHY
*Governor*

SHEILA Y. OLIVER
*Lt. Governor*

# *State of New Jersey*
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO Box 116
TRENTON, NJ 08625-0116

GURBIR S. GREWAL
*Attorney General*

MICHELLE L. MILLER
*Director*

December 4, 2020

***Via CM/ECF only***
Hon. Douglas E. Arpert, U.S.M.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Room 2020
Trenton, New Jersey 08608

      Re: <u>Williams v. Jenkins</u>
           Case No. 16-9374 ("Williams I")

      Re: <u>Williams v. Ann Klein Forensic Center, et al.</u>
           Case Nos. 18-9606 and 19-8930 ("Williams II")

Dear Judge Arpert:

      I am pleased to report that Plaintiff pro se has agreed to resolve the above-referenced matters of Williams I and Williams II for a *global* settlement amount of Ten Thousand Dollars ($10,000). That is, in exchange for $10,000, he has agreed to execute an unconditional release in favor of Defendants in both matters, dismiss *both* Williams I and Williams II, and otherwise cooperate in finalizing this settlement and the settlement documents. As a result, I will be sending Mr. Williams the appropriate settlement documents for his review, approval and execution, and I plan to file a Stipulation of Dismissal in the near future.



HUGHES JUSTICE COMPLEX· TELEPHONE: 609-376-2814 · FAX: 609-633-7434
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

I want to thank Your Honor for your patience and willingness to permit the parties time to reach this settlement.  In light of the above, I request that you enter the customary "60-day order" to administratively terminate these matters.

Respectfully submitted,

GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY

By:___/s/ *Michael R. Sarno*_____

Michael R. Sarno
Deputy Attorney General

cc: Jonathan D. Williams [via email and regular mail, as per Plaintiff pro se's instructions, to

198 Clinton Avenue
Newark, New Jersey 07108; and

Tommy McDonald c/o Jonathan D. Williams
920 Broad Street
Newark, New Jersey 07102]